UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :     **TRANSPORTATION ORDER**

       - v -                          :     21 Mag. 8793

ARMANDO RIVERA,                   :

               Defendant.     :

------------------------------------x

Upon the application of **Armando Rivera**, by his attorney, **Ian Marcus Amelkin**, **Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Armando Rivera with funds to cover the cost of travel between New York, New York and San Jose, California following the satisfaction of his bail conditions, to travel on Friday, September 10, 2021 no earlier than 12 PM; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York              **SO ORDERED:**
        September 10, 2021

*[signature: Stewart D. Aaron]*

HONORABLE STEWART AARON
United States Magistrate Judge